THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joel Perry,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2003-UP-510 
Submitted June 9, 2003  Filed August 27, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Office of the Attorney General, of Columbia, Barbara R. Morgan, of Aiken, for 
 Respondent.
 
 
 

PER CURIAM: Joel Perry appeals from his 
 guilty plea to criminal domestic violence of a high and aggravated nature, arguing 
 the trial judge erred by not reducing his sentence. Perrys counsel attached 
 to the brief a petition to be relieved as counsel, stating that she had reviewed 
 the record and concluded this appeal lacks merit.  After a thorough review of 
 the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Perrys 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.